IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Number: 14-CR-00016 |
| | : | |
| **DANIEL LAMONT MATHIS** | : | |
| **SHANTAI MONIQUE SHELTON** | : | |
| **MERSADIES LACHELLE SHELTON** | : | |
| **KWELI UHURU** | : | |
| **HALISI UHURU** | : | |
| **ANTHONY DARNELL STOKES** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the Western District of Virginia, informs the Court and counsel that Assistant United States Attorney Christopher R. Kavanaugh is entering his appearance in this case.

                                                           Respectfully submitted,

                                                           TIMOTHY J. HEAPHY
                                                           UNITED STATES ATTORNEY

Date: 11/3/2014                                           _____/s/_____
                                                           Christopher R. Kavanaugh (VA Bar 73093)
                                                           Assistant United States Attorney
                                                            255 West Main Street, Room 130
                                                           Charlottesville, Virginia 22902
                                                           christopher.kavanaugh@usdoj.gov